**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:21-cv-23591-RKA**

**MALIK TONY,**

    **Plaintiff,**

v.

**BOUCHER BROTHERS MANAGEMENT, INC.,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties in the above-styled case has reached a settlement as to all claims asserted therein.

Dated: February 17, 2022

    Respectfully submitted,

    s/ Anthony M. Georges-Pierre
    **Anthony M. Georges-Pierre, Esq.**
    Florida Bar No.: 533637
    agp@rgpattorneys.com
    Max L. Horowitz, Esq.
    Florida Bar No.: 118269
    mhorowitz@rgpattorneys.com
    **REMER & GEORGES-PIERRE, PLLC**
    44 West Flagler Street, Suite 2200
    Miami, FL 33130
    Telephone: (305) 416-5000
    Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Aaron W. Tandy, Esq.**
**David M. Hawthorne, Esq.**
PATHMAN LEWIS, LLP.
One Biscayne Tower, Suite 2400
Two S. Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 379-2425
atandy@pathamlewis.com
dhawthorne@pathmanlewis.com
*Attorneys for Defendant*

      /s/ Anthony M. Georges-Pierre, Esq.
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 533637
agp@rgpattorneys.com
Max L. Horowitz, Esq.
Florida Bar No.: 118269
mhorowitz@rgpattorneys.com