UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23591

**MALIK TONY,**

    **Plaintiff,**

vs.

**BOUCHER BROTHERS MANAGEMENT, INC.,**

    **Defendant.**

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S SECOND AMENDED COMPLAINT

The Parties in the above-styled cause of action, by and through their undersigned counsel, hereby jointly stipulate to the voluntary dismissal with prejudice of Plaintiff's Second Amended Complaint pursuant to the confidential settlement reached in this action.

Dated: February 22, 2022

Respectfully submitted,

| | |
|---|---|
| s/ Max L. Horowitz | s/ Aaron W. Tandy |
| **Anthony M. Georges-Pierre, Esq.** | **Aaron W. Tandy, Esq.** |
| Florida Bar No.: 533637 | Florida Bar No. 190144 |
| agp@rgpattorneys.com | atandy@pathmanlewis.com |
| **Max L. Horowitz, Esq.** | **David M. Hawthorne, Esq.** |
| Florida Bar No.: 118269 | Florida Bar No. 935174 |
| mhorowitz@rgpattorneys.com | dhawthorne@pathmanlewis.com |
| **REMER & GEORGES-PIERRE, PLLC** | **PATHMAN LEWIS, LLP** |
| 44 West Flagler St., Suite 2200 | One Biscayne Towner, Suite 2400 |
| Miami, FL 33130 | Two S. Biscayne Boulevard |
| Tel:  305-416-5000 | Miami, Florida 33131 |
| Fax: 305-416-5000 | Tel: (305) 379-2425 |
| *Counsel for Plaintiff* | Fax: (305) 379-2420 |
| | *Attorneys for Defendant* |